UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES GLOR,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>GC SERVICES, LP,<br><br>　　　　　　Defendant. | NOTICE OF SETTLEMENT<br>Case No.: 1:13-cv-00018-JTC |

## NOTICE OF SETTLEMENT

　　NOW COMES Plaintiff, JAMES GLOR ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

　　Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Dated: March 6, 2013

　　　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.


　　　　　　　　　　　　　　　　　　By: /s/ Adam Hill
　　　　　　　　　　　　　　　　　　　　Adam Hill
　　　　　　　　　　　　　　　　　　　　Krohn & Moss, Ltd
　　　　　　　　　　　　　　　　　　　　10 N. Dearborn St., 3rd Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　　　　(312) 578-9428 ext 242 (office)
　　　　　　　　　　　　　　　　　　　　(866) 829-5083 (fax)
　　　　　　　　　　　　　　　　　　　　E-Mail: ahill@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 6, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address:

    Todd P. Stelter
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street
    Suite 300
    Chicago, Illinois 60601-1081

    By:   /s/ Adam Hill
    Adam Hill
    Krohn & Moss, Ltd
    10 N. Dearborn St., 3rd Floor
    Chicago, IL 60602
    (312) 578-9428 ext 242 (office)
    (866) 829-5083 (fax)
    E-Mail: ahill@consumerlawcenter.com