UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAMES GLOR,

        Plaintiff,

   -against-                     **VOLUNTARY DISMISSAL**
                                   Case No.: 1:13-cv-00018-JTC

GC SERVICES, LP,

        Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

JAMES GLOR (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, the above-captioned action, filed against, GC SERVICES, LP (Defendant), in this case.

DATED:  March 29, 2013        RESPECTFULLY SUBMITTED,

                                        KROHN & MOSS, LTD.

                                        By:/s/ Adam Hill
                                             Adam Hill
                                             Krohn & Moss, Ltd
                                             10 N. Dearborn St., 3rd Floor
                                             Chicago, IL 60602
                                             (312) 578-9428 ext 242 (office)
                                             (866) 829-5083 (fax)
                                             E-Mail: ahill@consumerlawcenter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the below address.

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081

By: /s/ Adam Hill
    Adam Hill
    Krohn & Moss, Ltd
    10 N. Dearborn St., 3rd Floor
    Chicago, IL 60602
    (312) 578-9428 ext 242 (office)
    (866) 829-5083 (fax)
    E-Mail: ahill@consumerlawcenter.com